UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00235 |
| | ) | JUDGE CAMPBELL |
| JEREMIAH ODELL BRADSHAW | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Remove Detainer And To Grant All Federal Sentence Of 18 Months as Expired; Request For Writ Of Mandamus (Docket No. 116). The Government shall file a response to the Motion on or before April 14, 2014.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE